FILED

12/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0661

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0661

STATE OF MONTANA,

Plaintiff and Appellee,

v.

NANCY JEANNE CAHOON,

Defendant and Appellant.

**ORDER**

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefor,

IT IS HERBY ORDERED that the Motion is GRANTED. Appellant's Opening Brief shall be filed on or before January 12, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2023